**Ralph McNew, appellee, v. Morris Sternberger, appellant.**

Judgment for plaintiff on appeal from justice court. Appeal from the Circuit Court of St. Clair county; the Hon. J. F. Gillham, Judge, presiding. Heard in this court at the March term, 1918. Reversed and remanded for failure of appellee to file briefs. Opinion filed November 1, 1918.

James O. Miller, for appellant. No appearance for appellee.

Mr. Presiding Justice Boggs delivered the opinion of the court.

---

**G. E. Rogers, appellee, v. Jared W. Fox and Charles R. Godding, trading as Fox & Godding, appellants.**

Action to recover balance due on contract for sale of apples. Judgment for plaintiff. Appeal from the County Court of Washington county; the Hon. W. P. Green, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed November 1, 1918.

House, Skipper & Watts, for appellants. J. Paul Carter and Conrad Schul, for appellee.

Mr. Presiding Justice Boggs delivered the opinion of the court.

---

**Marion Weshinsky, appellee, v. Chicago-Sandoval Coal Company, appellant.**

Action to recover for personal injuries to miner caused by fall of coal and slate. Judgment for plaintiff. Appeal from the Circuit Court of Marion county; the Hon. William B. Wright, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed November 1, 1918.

Noleman & Smith, for appellant. Kagy & Vandervort and Kramer, Kramer & Campbell, for appellee.

Mr. Presiding Justice Boggs delivered the opinion of the court.

---

**Tony Repsis, appellee, v. Saline County Coal Company, appellant.**

Action to recover for personal injuries to miner caused by fall of rock and slate. Judgment for plaintiff. Appeal from the Circuit Court of Saline county; the Hon. A. W. Lewis, Judge, presiding. Heard in this court at the March term, 1918. Reversed and remanded. Opinion filed November 1, 1918.

Miley & Combe and A. E. Somers, for appellant; Warren Nichols, of counsel. Lewis, Ronalds & Lewis, for appellee.

Mr. Presiding Justice Boggs delivered the opinion of the court.